AO 106 (Rev. 04/010) Application for Search Warrant       AUTHORIZED AND APPROVED/DATE: __s/David Nichols  4/8/2024__

# UNITED STATES DISTRICT COURT
for the
__WESTERN__ DISTRICT OF __OKLAHOMA__

In the Matter of the Search of                         )
*(Briefly describe the property to be search*          )
*Or identify the person by name and address)*          )
PERSON KNOWN AS:                                       )   Case No:  MJ-24- 292-SM
    Samual Lee Sheffield                            )
    518 West Ford Street                            )
    Shawnee, OK 74801                               )

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person *(identify the person or describe property to be searched and give its location)*:

See Attachment A, which is referenced and incorporated herein.

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is referenced and incorporated herein.

The basis for the search under Fed. R. Crim.P.41(c) is*(check one or more)*:
    ☐   evidence of the crime;
    ☐   contraband, fruits of crime, or other items illegally possessed;
    ☐   property designed for use, intended for use, or used in committing a crime;
    ☒   a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) | Conspiracy to possess with intent to distribute a controlled substance resulting in death and serious bodily injury. |

The application is based on these facts:

See attached Affidavit of Special Agent Jesse M. Stoda, Federal Bureau of Investigation, which is incorporated by reference herein.

    ☒   Continued on the attached sheet(s).
    ☐   Delayed notice of [No. of Days]   days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

                                                                                                   *Applicant's signature*
                                      JESSE M. STODA
                                      Special Agent
                                      Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: __April 8, 2024_____

City and State: __Oklahoma City, Oklahoma__

_____
Judge's signature

__SUZANNE MITCHELL, U.S. Magistrate Judge__
*Printed name and title*

WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                                  )
COUNTY OF OKLAHOMA   )

## AFFIDAVIT

I, Jesse M. Stoda, Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses as set forth in 18 U.S.C. § 2516.

2. I have been employed as a Special Agent with the FBI since July 2017. I first completed 22 weeks of training at the FBI Academy in Quantico, Virginia. During the training, I received instruction in a variety of investigative techniques commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the use of confidential human sources, electronic and physical surveillance techniques, law enforcement tactics, search and seizure laws and techniques, interviewing strategies and skills, forensic techniques, and a variety of other subjects. I am currently assigned to the Oklahoma City Division, Lawton Resident Agency, where I have been involved in a wide variety of investigative matters, primarily focused on violent crime, including locating and arresting federal fugitives.

3. I have personally participated in this investigation and am familiar with the information contained in this Affidavit through personal investigation, discussions with other law enforcement personnel, interviews with witnesses, and review of reports and other related documentation, including the relevant federal criminal indictment and arrest warrant. The facts set forth below are based upon

1

(1) my own personal observations; (2) reports and information provided to me or the FBI by other law enforcement; and (3) other documents obtained during the course of the investigation. All of the below-described dates and times-of-day set forth in this Affidavit are approximate.

## PURPOSE OF AFFIDAVIT

4. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to secure a search warrant for 518 West Ford Street, Shawnee, Oklahoma 74801 (**Target Residence**), as described further in **Attachment A** (physical description), related to the arrest of **Samual Lee Sheffield (Sheffield)**, who was recently indicted by a Grand Jury for the Southern District of Texas for violations of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) (conspiracy to possess with intent to distribute a controlled substance resulting in death and serious bodily injury). Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## PROBABLE CAUSE

5. An investigation being conducted by Special Agents and Task Force Officers of the FBI has revealed multiple subjects involved in the distribution of controlled substances – namely fentanyl – resulting in the death of two persons and serious bodily injury of a third person. On March 26, 2024, a federal grand jury in the Southern District of Texas returned an Indictment charging three individuals – including **Sheffield** – with six violations of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B). Specifically, **Sheffield**, along with his two codefendants, was charged in count 1 with conspiracy to possess with intent to distribute a controlled substance resulting in death and serious bodily injury, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B). The Indictment was filed and a federal warrant was issued for **Sheffield's** arrest under case number 4:24-CR-00150.

2

6. Through the course of the investigation, law enforcement has learned that **Sheffield** is currently residing at the **Target Residence** as described below:

a. Law enforcement has been receiving cellular location information for the cellular phone believed to be used by **Sheffield**. Cellular location data places **Sheffield** in the vicinity of **Target Residence**.

b. **Sheffield's** cellular phone account subscriber address lists **Target Residence** as his address.

c. Through subsequent open-source research, law enforcement identified that **Sheffield's** mother resides at the **Target Residence**.

d. On April 4, 2024, agents observed **Sheffield** exit the front of the **Target Residence**, assist a woman – who appeared to be his mother – move a lawn mower, then entered back through the front of the **Target Residence**.

## CONCLUSION

7. Based on the foregoing, I respectfully submit that there is probable cause to believe that **Sheffield** may be present in the **Target Residence**. I, therefore, respectfully request issuance of a search warrant based on the above-mentioned facts.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
JESSE M. STODA
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this  8th  day of April, 2024.

_____
SUZANNE MITCHELL
United States Magistrate Judge

4

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The entire property located at 518 West Ford Street, Shawnee, Oklahoma (OK) 74801, including the residential building (the "SUBJECT PREMISES"), barns, sheds, detached garage, vehicles parked on the property, and any appurtenances thereto. The SUBJECT PREMISES to be searched includes a single detached residential house with white brick, grey roof, chain link fence surrounding the front yard, and a single detached structure in the back yard. The numbers "518" are displayed on the exterior above the front entry. Photographs of the residence are shown below:






## ATTACHMENT B

### PARTICULAR THING(S)/PERSON(S) TO BE SEIZED

The person of **Samual Lee Sheffield (Sheffield)**, date of birth 6/20/2001, who was recently indicted by a Grand Jury in the Southern District of Texas for violations of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) (conspiracy to possess with intent to distribute a controlled substance resulting in death and serious bodily injury), depicted below:

